BENJAMIN B. WAGNER
United States Attorney
DONNA L. CALVERT
Acting Regional Chief Counsel, Region IX
Social Security Administration
TOVA WOLKING, CSBN 259782
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8980
    Facsimile: (415) 744-0134
    E-Mail: tova.wolking@ssa.gov
Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARRIE A. BACOM, | ) Case No. 2:12-cv-00790-AC |
| | ) |
| Plaintiff, | ) STIPULATION AND ORDER FOR A FIRST |
| v. | ) EXTENSION FOR DEFENDANT TO |
| | ) RESPOND TO PLAINTIFF'S OPENING |
| MICHAEL J. ASTRUE | ) BRIEF; AND |
| Commissioner of Social Security, | ) |
| | ) MODIFIED SCHEDULING ORDER |
| Defendant. | ) |
| | ) |

    IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, and subject to the approval of the Court, that Defendant shall have a first extension of time of thirty (30) days to respond to Plaintiff's opening brief. Defendant requests this extension because of press of business, including numerous other district court briefs and a Ninth Circuit brief due on or around the same date. Counsel for Defendant is also experiencing complications related to pregnancy that require several medical appointments a week, which has reduced her ability to meet her heavy briefing schedule.

///

///

The current due date is November 28, 2012. The new date will be December 28, 2012. The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Respectfully submitted,

DATE: November 20, 2012        By:    /s/ Ann M. Cerney*
                                       ANN M. CERNEY
                                       (*As authorized via email)
                                       Attorney for Plaintiff


                                       BENJAMIN B. WAGNER
                                       United States Attorney

DATE: November 20, 2012        By:    /s/ Tova D. Wolking
                                       TOVA D. WOLKING
                                       Special Assistant United States Attorney

                                       Attorneys for Defendant Michael J. Astrue

ORDER

Pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that:

1. Defendant shall file a response to plaintiff's opening brief on or before December 28, 2012.

2. Plaintiff's reply brief, if any, shall be filed within 21 days from service of defendant's opposition.

3. All other provisions of the previous Scheduling Order (see Doc. No. 4) remain in force.

DATED:  November 26, 2012

　　　　　　　　　　　　　　　　　　　　　　　____/s/_____
                                       ALLISON CLAIRE
                                       UNITED STATES MAGISTRATE JUDGE

/mb;baco0790.eot